UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CA DEPT. CORRS. AND REHAB., et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2672 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on October 1, 2018. (ECF No. 1.) On screening, the court found plaintiff stated potentially cognizable Eighth Amendment claims against defendants Anderson, Church, and Adams. (ECF No. 5.) Plaintiff was given the option of proceeding on the Eighth Amendment claims against those three defendants or amending his complaint. Plaintiff sought, and was granted, two extensions of time to file an amended complaint. (See ECF Nos. 9, 11.) In the court's second order, dated March 11, 2019, plaintiff was informed that he had up to and including April 20, 2019 to file an amended complaint. Plaintiff was further informed that no further extensions of time would be granted.

In the court's screening order, the court advised plaintiff that if he failed to file an amended complaint, this case would proceed on his Eighth Amendment claims against defendants Anderson, Church, and Adams, as described in the court's January 22, 2019 order. In addition,

1

this court would recommend dismissal of plaintiff's remaining claims and the remaining defendants. Based on plaintiff's failure to file an amended complaint, this court will order the case to proceed only against the three defendants identified above. In addition, the court will recommend dismissal of plaintiff's remaining claims and the remaining defendants.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Service of the amended complaint is appropriate for the following defendants: Anderson, Church, and Adams.

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed October 1, 2018.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Four copies of the endorsed complaint filed October 1, 2018.

4. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The Clerk of the Court is further directed to randomly assign a district judge to this case.

Further, IT IS RECOMMENDED that:

1. All claims in the complaint except the Eighth Amendment deliberate indifference claims against defendants Anderson, Church, and Adams be dismissed; and

2. Defendants California Department of Corrections and Rehabilitation and Bajwa be dismissed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 28, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/turn2672.1

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| ROBERT C. TURNER,<br><br>            Plaintiff,<br><br>   v.<br><br>CA DEPT. CORRS. AND REHAB., et al.,<br><br>           Defendants. | No. 2:18-cv-2672 DB P<br><br><br>NOTICE OF SUBMISSION |

    Plaintiff submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 forms

    \_\_\_\_        copies of the Complaint

DATED:

                                                                      _____
                                                                                                    Plaintiff