UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CA DEP'T CORRS. & REHAB., et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2672 MCE DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 29, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. In a document filed June 13, 2019 entitled "Motion to Dismiss," plaintiff states that he does not object to the findings and recommendations and wishes to dismiss the claims identified by the magistrate judge.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed May 29, 2019 (ECF No. 15) are ADOPTED in full;

2. All claims in the complaint except the Eighth Amendment deliberate indifference claims against defendants Anderson, Church, and Adams are DISMISSED;

3. Defendants California Department of Corrections and Rehabilitation and Bajwa are DISMISSED;

4. Plaintiff's motion to dismiss (ECF No. 16) is DENIED as moot.

5. This action shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: July 2, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE