UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CA DEP'T CORR'S & REHAB, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2672 MCE DB P<br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment.

By an order filed November 25, 2019, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendant Anderson. On January 6, 2020, plaintiff submitted the copies and the top page of the USM-285 form but failed to file the other two copies of triplicate USM-285 form. (ECF No. 35.) In an accompanying filing, plaintiff states that the only address he "is aware of" for Anderson is at the California Health Care Facility. (ECF No. 34.) However, plaintiff also states that he recognizes that Anderson is no longer employed there. Plaintiff is reminded that the unexecuted waiver of service on Anderson that was returned to the court

////

1

showed that there is no "Robert Anderson" employed by the California Department of Corrections and Rehabilitation. (ECF No. 26.)

In the November 25 order, this court informed plaintiff that it is his responsibility to locate a current address for defendant Anderson. This court suggested plaintiff attempt to do so through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to him. (ECF No. 27 at 1.) Plaintiff does not indicate that he has attempted to use any of these methods to find Anderson's address. If plaintiff is unsuccessful in his attempts to locate Anderson through those means, he may then seek the court's assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one USM-285 form; and

2. Within sixty days, plaintiff shall submit to the court the triplicate USM-285 form required to effect service. If plaintiff fails to return this document within the specified time period, this court will recommend defendant Anderson be dismissed from this action.

DATED: January 8, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/turn2672.8f(2)