UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER,<br><br>           Plaintiff,<br><br>      v.<br><br>ANISE ADAMS, et al.,<br><br>           Defendants. | No.  2:18-cv-2672 MCE DB P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff alleges defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment.

In an order filed July 8, 2020, this court gave plaintiff thirty days to either provide an address for defendant Anderson or show cause why defendant Anderson should not be dismissed from this action.  Those thirty days have passed and plaintiff has not provided an address for Anderson, shown cause why Anderson should not be dismissed from this action, or otherwise responded to the July 8 order.

Accordingly, IT IS HEREBY RECOMMENDED that defendant Anderson be dismissed from this action without prejudice for plaintiff's failure to serve him.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after

1 being served with these findings and recommendations, either party may file written objections
2 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
3 and Recommendations."  The parties are advised that failure to file objections within the specified
4 time may result in waiver of the right to appeal the district court's order.  <u>Martinez v. Ylst</u>, 951
5 F.2d 1153 (9th Cir. 1991).

Dated:  August 31, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/turn2672.anderson fr