UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. TURNER,<br><br>             Plaintiff,<br><br>      v.<br><br>ANISE ADAMS, et al.,<br><br>             Defendants. | No.  2:18-cv-2672 MCE DB P<br><br><br><br>ORDER |

Defendants seeks a third extension of the deadlines for completing discovery and filing dispositive motions.  Defendants state that, as of September 25, 2020, the California Health Care Facility ("CHCF"), where plaintiff is incarcerated, does not have approval from the Department of Corrections and Rehabilitation to conduct depositions of prisoners in-person or by video-tape.  Defendants seek a 90-day extension of time.  This court finds good cause for an extension of time but defendants do not explain why 90 days is required.  This court finds a 60-day extension of time warranted.  IF CHCF continues to be unable to accommodate prisoner depositions by video-tape or similar technology, defendants may seek a further extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' third motion for an extension of the discovery and dispositive motions deadlines (ECF No. 50) is granted in part.

////

2. The discovery deadline is continued through December 10, 2020. The dispositive motion deadline is continued through March 10, 2021. All other aspects of the court's December 12, 2019 Discovery and Scheduling Order (ECF No. 31) shall remain in effect.

Dated: October 1, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/turn2672.dso eot(3)

2